400 A.2d 612

Commonwealth v. Westfall, Appellant.

Submitted November 8, 1976.  Joseph A. Massa, Jr.,
Public Defender, for appellant;  Samuel F. Bonavita, District
Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

SPAETH, J., would remand for the appointment of new counsel. *Commonwealth v. Patrick*, 477 Pa. 284, 383 A.2d 935 (1978).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.